# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1551. IN THE INTEREST OF J. B. L., A CHILD (MOTHER).

The parents of J. B. L. were involved in a custody dispute that was transferred to juvenile court. After resolving the custody issue, the juvenile court entered an order on December 4, 2019, ordering the mother to pay the father $6,422.50 in attorney fees. The mother filed this direct appeal from that ruling. We, however, lack jurisdiction.

Appeals of orders in domestic relations cases – including attorney fee awards – must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (2); *Davidson v. Callaway*, 274 Ga. 813, 814-815 (559 SE2d 728) (2002). The mother's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*